**Order entered October 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00921-CV

**ANN STOKLEY, Appellant**

**V.**

**THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2003-1, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-03285**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **DENY** appellant's September 15, 2015 motion to reconsider our dismissal of the

appeal and motion for continuance to allow the trial court time to sign a written order.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE